

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT R. OCHOA, M.D., | § | No. 08-23-00051-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| ELVIRA AVILA, AS GUARDIAN OF THE PERSON AND AS NEXT FRIEND FOR LETICIA AVILA, | § § | of El Paso County, Texas (TC# 2017-DCV-4524) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF FEBRUARY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)